**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

----------------------------------------------------------------------x

ROSEMARIE RAMIREZ,

Plaintiff,

-v.-

B.A.F.S., INC,

Defendant.

----------------------------------------------------------------------x

Civil Action No: 1:26-cv-1421

**JOINT STIPULATION OF DISMISSAL**

This case coming before the Court *off call*, the parties having agreed to the relief set forth below, and the Court being fully advised in the premises,

**IT IS HEREBY STIPULATED, AGREED, AND ORDERED:**

(1)Plaintiff's claims against Defendant are voluntarily dismissed with prejudice and with each party to bear its own costs.

(2)This case is hereby disposed.

*It is so ordered.*

**Dated:** May 19, 2026

| For Plaintiff Rosemarie Ramirz | For Defendant B.A.F.S., Inc. |
|---|---|
| */s/ Yaakov Saks*<br>Yaakov Saks<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>Ph: (201) 282-6500<br>ysaks@steinsakslegal.com | */s/ Peter T. Shapiro*<br>Peter T. Shapiro<br>**Lewis Brisbois Bisgaard & Smith, LLP**<br>250 Greenwich Street<br>New York, NY 10007<br>Ph: (212) 232-1322<br>Peter.Shapiro@lewisbrisbois.com |

## CERTIFICATE OF SERVICE

I certify that on May 19, 2026, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/Yaakov Saks*
Yaakov Saks
**Stein Saks, PLLC**
One University Plaza
Hackensack, NJ 07601
*Attorneys for Plaintiff*